# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2014

148116

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANDREA DEN UYL, JANET MULLEN
DEN UYL, DOUGLAS DEN UYL,
MARGARITA DEN UYL, JOHN
GRONBERG, BONNIE GRONBERG,
TIMOTHY T. HEMINGWAY, ANNE
HEMINGWAY, JEFFREY S. PADNOS,
MARGARET M. PADNOS, COURTNEY
LECKLIDER, SANDRA LECKLIDER,
MARSHA BREIT, DAVID WILHELM,
WARD M. DOBBIN, RAY M. OLDS,
SANDRA R. OLDS, ANNE LUYAT,
BETSY MATHIESEN, DANIEL J.
MITCHELL, SUSAN O. MITCHELL,
DOUGLAS LEPPINK, GINA LEPPINK,
ROBERT MILLER, ROBERTA MILLER,
MARK O'BRIEN, RITA O'BRIEN,
ELIZABETH S. SHARP, SHIRLEY
SWANEY, DANIEL VANEERDEN, and
ANN VANEERDEN,
   Plaintiffs-Appellants,

v

PARK TOWNSHIP,
   Defendant-Appellee,

and

POINT WEST I, LLC,
   Intervenor-Appellee.

SC: 148116
COA: 312172
Ottawa CC: 11-002630-AA

_____/

   On order of the Court, the application for leave to appeal the October 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



          Clerk

h0421